UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHEERAE STYLES ROBINTON,

    Plaintiff,

v.                                                               Case No. 5:21-cv-79-TKW/MAF

ANDREW M. SAUL, Commissioner of
Social Security,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge that this case should be dismissed for failure to comply with court orders and failure to prosecute. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this 7th day of June, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**